■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED M. GIVENS, Appellant. [863 NYS2d 386]—Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Nassau County (Calabrese, J.), imposed September 4, 2007, on the ground that the amended sentence was excessive.

Ordered that the amended sentence is affirmed. No opinion.

Prudenti, P.J., Lifson, Dillon, McCarthy and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL HAIRSTON, Appellant. [861 NYS2d 593]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Crecca, J.), rendered June 6, 2007, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal forecloses review of his claim that the sentence imposed is excessive (*see People v Calvi,* 89 NY2d 868, 871 [1996]; *People v Callahan,* 80 NY2d 273, 280 [1992]; *People v Seaberg,* 74 NY2d 1, 11 [1989]). Skelos, J.P., Santucci, Covello, McCarthy and Chambers, JJ., concur.